GATEWAY GLASS COMPANY, Appellant, vs. WISCONSIN EMPLOYMENT RELATIONS BOARD, Respondent.

*October 7—November 3, 1953.*

For the appellant the cause was submitted on the briefs of *Lees & Bunge* of La Crosse.

For the respondent there was a brief by the *Attorney General* and *Stewart G. Honeck,* deputy attorney general, and

*Beatrice Lampert,* assistant attorney general, and oral argument by *Mrs. Lampert.*

GEHL, J. For the reasons stated in *Wisconsin E. R. Board v. Gateway Glass Co.,* ante, p. 114, 60 N. W. (2d) 768, the judgment is affirmed.

*By the Court.*—Judgment affirmed.